In the Matter of the Accounting of PERCY D. ELLIOTT et al., as Trustees under the Will of JOHN G. ELLIOTT, Deceased, Respondents.

ALINE D. ELLIOTT, Appellant.

*Matter of Elliott*, 179 App. Div. 911, appeal dismissed.
(Argued October 2, 1917; decided October 10, 1917.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered June 22, 1917, which affirmed a decree of the Orange County Surrogate's Court judicially settling the accounts of the trustees under the will of John G. Elliott, deceased, and overruling objections thereto.

*William R. Conklin, Peyton Randolph Harris* and *Harry D. Holden* for appellant.

*Nathan Ballin, Warren W. Foster* and *Jacob Newman* for respondents.

Appeal dismissed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, HOGAN, CARDOZO, McLAUGHLIN and CRANE, JJ.